**STATE v. THOMPSON**

[366 N.C. 381 (2012)]

| STATE OF NORTH CAROLINA | ) | |
|---|---|---|
| | ) | |
| v. | ) | From Guilford County |
| | ) | |
| JOHN HENRY THOMPSON | ) | |

No. 142A03-2

## ORDER

The defendant's petition for writ of certiorari in this matter is denied without prejudice to pursue his claim previously filed under the Racial Justice Act:

"Spec Order by order of this Court in Conference, this 12th day of December, 2012.

s/Newby, J.
For the Court